UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA MARTINEZ, an individual, on behalf of herself and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENTRUST CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01944-SVK<br><br>[Assigned to Magistrate Judge Susan van Keulen]<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Action Filed:  July 13, 2023<br><br>Removed:  November 13, 2023<br>Trial Date:  None set |

The Court, having reviewed the Parties' Joint Stipulation of Voluntary Dismissal (the "Stipulation"), and good cause being shown, HEREBY issues the following **ORDER**:

1. The Stipulation is granted;
2. The individual claims asserted by Plaintiff Kristina Martinez are dismissed with prejudice;
3. The representative and class claims asserted by Plaintiff Kristina Martinez are dismissed without prejudice; and
4. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 4, 2024

*[signature]*
Hon. Susan Van Keulen
United States Magistrate Judge